National Packing Box Factory, James H. Dykeman, Inc., Respondent, v. National Packing Box Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Anna M. Passera, Respondent, v. Luigi Passera, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

Pauchogue Land Corporation, Respondent, v. Long Island State Park Commission and Others, Appellants.— Order denying defendants' motion to open inquest and set aside and vacate decision and judgment reversed on the facts and in the exercise of our discretion, and motion granted upon payment by defendants of taxable costs provided by the judgment. We think that the defendants, under the circumstances of the case, should not be deprived of an opportunity to contest the claim for damages made by the plaintiff, and we are of opinion that this court has the inherent power to grant the relief sought in furtherance of justice. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

The People of the State of New York, Respondent, v. Anthony Russo, Appellant.— Judgment of conviction of the County Court of Nassau county, and order denying motion for a new trial, reversed upon the law and the facts, and a new trial ordered. We think the interruption by the learned trial judge of the cross-examination of the complaining witness, for the purpose of conducting an investigation of the official acts of the committing magistrate and his stenographer, constituted reversible error. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

George E. Webber, Appellant, v. Rocco Cotroneo and Others, Appellants. Marietta Bianco Selvaggio, Respondent, and Others, Defendants.— Order permitting defendant Marietta Bianco Selvaggio to redeem, and ordering a reference in connection therewith, modified so as to provide that the referee ascertain and report the terms and conditions on which said defendant Selvaggio may redeem, and that the referee make his report to the court with all convenient promptness, instead of the provision in that connection in said order contained. As so modified the order is affirmed, without costs. Order denying motion to compel defendant Marietta Bianco Selvaggio and the guardian *ad litem* to accept service of answer, etc., affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ., concur.

Louis Daskal and Isidor Fishman, etc., Respondents, v. Corsan Cracker Company, Inc., Appellant.— Application granted.

R. Bladen Mitchell, Respondent, v. Abraham Goldberg, Appellant.— Application denied, with ten dollars costs.

Patrick Dilworth and Others, Appellants, v. Yellow Taxi Corporation, Respondent.— Application granted.

Saverio F. Ammendola, Respondent, v. New York and Harlem Railroad Company, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the January, 1927, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.